March 4, 2008

CA 08-124

I, Debra Christ, am requesting order of protection against Congress and War Dept and others of the attacks against me and my life and other things belong to me.

Debra Christ-Ahoy

2008 MAR -4 AM 9:26
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE

cell # 362 685-3984