IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA CHRIST-SHOY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-124-JJF |
| GOVERNMENT, CONGRESS, and WAR DEPARTMENT, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 29 day of April, 2008, IT IS HEREBY ORDERED that:

1. The Application To Proceed Without Prepayment Of Fees is **GRANTED**. (D.I. 1.)

2. Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

3. The Emergency Motion For Protective Order is **DENIED** as **moot**. (D.I. 4.)

UNITED STATES DISTRICT JUDGE